**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 7 |
| MICHAEL J. CARINGI, | CASE NO. 23-11067-AMC |
| Debtor. | |

**PRAECIPE TO RESIGN APPOINTMENT**

I hereby resign the appointment as Chapter 7 Trustee in the above captioned case.

/s/ Gary F. Seitz
_____
Gary F. Seitz
gseitz@gsbblaw.com
(215) 238-0011

DATED: __July 29, 2024__