UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE
REGION 3 and 9
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Telephone: (215) 597-4411
Fax: (215) 597-5795

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   MICHAEL J. CARINGI                                Chapter 7

                                                                          Case No.: 23-11067-amc

              Debtor.

## APPOINTMENT OF SUCCESSOR TRUSTEE

Robert W. Seitzer, Esq., of Philadelphia, Pennsylvania, is hereby appointed, pursuant to 11 U.S.C. §703, as the successor chapter 7 trustee in the above referenced case.

Dated: August 2, 2024

                                                    ANDREW R. VARA
                                                    UNITED STATES TRUSTEE
                                                    REGIONS 3 and 9

                                      By:    */s/ Frederic J. Baker*
                                              Frederic J. Baker
                                              Assistant United States Trustee